# MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

ROSLYN RUBIN and ISRAEL RUBIN,

                Plaintiffs,

-against-

BEST BUY CO., INC., (FICT) BEST BUY CO.
OF MINNESOTA and JAMAL EPPS,

                Defendants.

-----------------------------------------------------------X

Civil Action No.
06 CV-2681 (LAP)

STIPULATION + ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/06

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties in the above captioned matter, that this action be remanded to the Supreme Court of the State of New York, County of Bronx, pursuant to 28 U.S.C. § 1447(e) subject to the approval of the Court, since the addition of the defendant JAMAL EPPS has destroyed diversity.

Dated:    Bronx, New York
           October 25, 2006

IROM, WITTELS, FREUND, BERNE
& SERRA, P.C.

By: Wesley M. Serra, Esq. (WS0466)
Attorneys for Plaintiffs
349 East 149th Street
Bronx, New York 10451
(718) 665-0220

SIMMONS, JANNACE & STAGG, LLC

By: Kathryn FitzGerald, Esq.
Attorneys for Defendants BEST BUY
STORES, INC. (FICT) BEST BUY CO.
OF MINNESOTA and JAMAL EPPS
75 Jackson Avenue
Syosset, New York 11791
(516) 357-8100

10/30/06
SO ORDERED.
James C. Francis IV
USMJ